# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  VIOLA I. SMOTHERMON  
403 EAST 8TH STREET  
BELVIDERE, IL  61008  

SSN-xxx-xx-4883

Case Number: 07-72423

Case filed on: 10/8/2007  
Plan Confirmed on: 12/27/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,257.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 2,000.00 | 2,000.00 | 1,274.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 1,274.00 | 0.00 |
| 999 | VIOLA I. SMOTHERMON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FREEDOM MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NATIONAL CITY BANK | 56,233.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 56,233.00 | 0.00 | 0.00 | 0.00 |
| 001 | ESSEX MTG CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 16,574.76 | 16,574.76 | 1,383.76 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,947.64 | 3,947.64 | 329.57 | 0.00 |
| 008 | DCU | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DIGITAL FED CU | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRSTAR BANK - ELAN FIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FNB MARENGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FNB MARENGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GEMB / QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 10,864.34 | 10,864.34 | 907.01 | 0.00 |
| 017 | OSF - SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WFNNB / AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CHARLES W. SMOTHERMON | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 502.06 | 502.06 | 41.91 | 0.00 |
|  | Total Unsecured | 31,888.80 | 31,888.80 | 2,662.25 | 0.00 |
|  | Grand Total: | 90,121.80 | 33,888.80 | 3,936.25 | 0.00 |

Total Paid Claimant:  $3,936.25  
Trustee Allowance:   $320.75  
Percent Paid Unsecured:   8.35

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/23/2009          By   /s/Heather M. Fagan